IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cv163

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., Plaintiff, | ) ) ) |
| vs. | ) ) ORDER ) |
| MCRE ENTERPRISES, INC., et al. Defendants. | ) ) ) ) |

**THIS MATTER** is before the Court on the plaintiff's Notice of Voluntarily Dismissal, pursuant to Fed. R. Civ. P. 41(a), filed February 9, 2007. (Doc. No. 11). The defendants have not objected to the motion.

**THEREFORE, IT IS HEREBY ORDERED** that the plaintiff's motion is **GRANTED**, and this matter is **DISMISSED** with prejudice.

Signed: March 15, 2007

Robert J. Conrad, Jr.
Chief United States District Judge